FILED: October 23, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4323
(3:12-cr-00239-GCM-DCK-14)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JAMES TYSON, JR.

      Defendant - Appellant

_____

O R D E R
_____

The court relieves appellant's court-appointed counsel, Jeffrey William Gillette, from the obligation of further legal representation of appellant on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk