FILED: November 19, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4512
(3:12-cr-00239-GCM-17)
_____

UNITED STATES OF AMERICA

 Plaintiff - Appellee

v.

PURNELL WOOD

 Defendant - Appellant

_____

No. 15-4320
(3:12-cr-00239-GCM-13)
_____

UNITED STATES OF AMERICA

 Plaintiff - Appellee

v.

CARRIE TYSON

 Defendant - Appellant

_____

No. 15-4323
(3:12-cr-00239-GCM-DCK-14)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

JAMES TYSON, JR.

  Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to deconsolidate and deconsolidates Case No. 15-4512 from further proceedings on appeal in these cases.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk