IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

DOCKET NO. 15-4320

_____
UNITED STATES OF AMERICA    )
       Plaintiff-Appellee    )
                             )    JOINT MOTION TO ENLARGE TIME
    vs                        )    FOR FILING OF OPENING BRIEF
                             )         AND JOINT APPENDIX
Carrie Tyson                  )
       Defendant-Appellant  )
                             )
_____

No. 15-4323

_____
UNITED STATES OF AMERICA    )
       Plaintiff-Appellee    )
                             )
    vs                        )
                             )
James Tyson, Jr               )
       Defendant-Appellant  )
                             )
_____

**NOW COME** Appellants, Carrie Tyson and James Tyson, Jr., by and through undersigned counsel and hereby move this Honorable Court for an Order enlarging by three weeks the time within which to file the opening brief and joint appendix; and in support of said motion, show unto the court the following:

1. The aforementioned cases have been consolidated for briefing purposes.

2. Undersigned counsel are anticipating filing a joint brief.

3. Undersigned counsel need more time to coordinate items to be published in the joint appendix, issues regarding page limits, briefing issues, etc.

4. Counsel has spoken with Counsel for James Tyson, Jr., and Counsel for James Tyson, Jr. joins in on this motion.

5. Further, Plaintiff - Appellee does not object to this motion.

**WHEREFORE,** undersigned counsel respectfully requests that this Honorable Court grant counsel's Motion to Enlarge Time for filing the opening brief and appendix. This the 21th day of December, 2015.

s/Richard L. Brown, Jr.
Attorney at Law
309 Lancaster Ave.
Monroe, NC  28112
(704) 283-6800
NC Bar # 23021

s/Dale R. Jensen
Attorney at Law
606 Bull Run
Staunton, VA 24401
(434) 249-3874

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2015, I electronically filed the foregoing document with the Clerk of Court, United States Court of Appeals for the Fourth Circuit using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users.

Amy Elizabeth Ray
Office of the United States Attorney
Room 233, United States Courthouse
100 Otis Street
Asheville, NC 28801

s/Dale R. Jensen
Attorney at Law
606 Bull Run
Staunton, VA 24401

<u>s/Richard L. Brown, Jr</u>.
Attorney at Law
309 Lancaster Ave.
Monroe, NC  28112
(704) 283-6800
NC Bar # 23021
