FILED: January 12, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4320 (L)
(3:12-cr-00239-GCM-13)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

CARRIE TYSON

      Defendant - Appellant

_____

O R D E R
_____

The court denies counsel's motion for extension of time to file the opening brief and appendix without prejudice to the re-filing of a motion for extension, together with the opening brief and appendix, on or before January 25, 2016. Counsel is advised that no additional extensions will be granted.

The due dates for subsequent briefs under the briefing schedule will run from the filing date of the opening brief and appendix.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk